UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DERRICK SMITH,

        Defendant.
_____/

Case No. 1:06:CR:107

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed March 5, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Derrick Smith's pleas of guilty to Counts 1 through 5 of the Indictment are accepted. Defendant Derrick Smith is adjudicated guilty.

3. Defendant Derrick Smith shall be detained pending sentencing.

Dated: March 19, 2007

                                              /s/ Gordon J. Quist
                                              GORDON J. QUIST
                                              UNITED STATES DISTRICT JUDGE